B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cal Dive Offshore Contractors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**76-0534878** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. & Street, City, State):<br>**2500 CityWest Boulevard**<br>**Suite 2200**       77042<br>**Houston, TX 77042** | Street Address of Joint Debtor (No. & Street, City, State):<br>**N/A** |
| County of Residence or of the Principal Place of Business:<br>**Harris County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A** | Mailing Address of Joint Debtor (if different from street address):<br>**N/A** |

Location of Principal Assets of Business Debtor (if different from street address above): **N/A**

---

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check **one** box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Cal Dive Offshore Contractors, Inc.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Schedule 1 attached hereto** | Case Number: **Pending** | Date Filed: **March 3, 2015** |
| District:<br>**Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  _____<br>       Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒    No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|
| ☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>                          _____<br>                          (Name of landlord that obtained judgment)<br><br>                          _____<br>                          (Address of landlord)<br><br>☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐      Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)) |

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cal Dive Offshore Contractors, Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |

Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
Mark D. Collins (No. 2981)
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
One Rodney Square, 920 North King Street, Wilmington, Delaware 19801
Address
302-651-7700
Telephone Number
3/3/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security Number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Quinn J. Hébert
Printed Name of Authorized Individual
President and Chief Executive Officer
Title of Authorized Individual
3/3/15
Date

**<u>SCHEDULE 1</u>**

**Pending Bankruptcy Cases Filed by
Cal Dive Offshore Contractors, Inc. and Its Affiliates in This Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, the Debtors are filing a motion requesting the joint administration of their chapter 11 cases for procedural purposes only under the case number assigned to Cal Dive International, Inc.

1. Cal Dive International, Inc.

2. Cal Dive Offshore Contractors, Inc.

3. Affiliated Marine Contractors, Inc.

4. Fleet Pipeline Services, Inc.

5. Gulf Offshore Construction, Inc.

6. CDI Renewables, LLC

## SECRETARY'S CERTIFICATE

## CAL DIVE OFFSHORE CONTRACTORS, INC.

The undersigned, Lisa Manget Buchanan, Secretary of Cal Dive Offshore Contractors, Inc., a Delaware corporation (the "**Company**"), does hereby certify on behalf of the Company, that attached hereto as Exhibit A is a true and correct copy of the resolutions duly adopted by the Board of Directors of the Company by unanimous written consent dated February 27, 2015, and that such resolutions remain in full force and effect.

Incumbency. The following named individuals are duly elected qualified and acting officers of the Company holding the offices set forth opposite their respective names as of the date hereof, and the signatures set opposite the respective name and title of said officers are true, authentic signatures.

| Name | Title | Specimen Signature |
|------|-------|--------------------|
| Quinn J. Hebert | Chairman, President and Chief Executive Officer | |
| Lisa M. Buchanan | Executive Vice President, General Counsel and Secretary | |

IN WITNESS WHEREOF, I have duly executed this Certificate on the 1 day of March, 2015.

Lisa Manget Buchanan
Secretary

{00022231.DOC /}

Exhibit A

# RESOLUTIONS ADOPTED BY
# THE BOARD OF DIRECTORS OF
# CAL DIVE OFFSHORE CONTRACTORS, INC.

**WHEREAS**, the Board of Directors has considered the business and financial conditions and results of operations of the Company and its direct and indirect subsidiaries (the "**Subsidiaries**") on the date hereof, including the assets and liabilities of the Company and its Subsidiaries, and has adopted the following resolutions (the "**Resolutions**");

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, sole stockholder, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW THEREFORE**, be it:

## Chapter 11 Case

**RESOLVED**, that the Company be, and it hereby is, authorized and empowered to file a petition seeking relief under the provisions of the Bankruptcy Code;

**RESOLVED FURTHER**, that each of the officers of the Company (each an "**Authorized Officer**" and all "**Authorized Officers**") is hereby authorized and empowered to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and to commence any ancillary or related proceedings as may be necessary or appropriate to effectuate the restructuring of the Company and to execute, verify, and cause to be filed all documents in furtherance thereof, at such time as such Authorized Officer executing the same shall determine;

**RESOLVED FURTHER**, that in connection with the commencement of the chapter 11 cases by the Company, each Authorized Officer is hereby authorized and empowered to negotiate, execute, and deliver such notes, security and other agreements, and instruments as such Authorized Officer considers appropriate to enable the Company to utilize cash collateral on the terms and conditions such Authorized Officer or Authorized Officers executing the same may consider necessary, proper, or desirable, and to consummate the transactions contemplated by such notes, security and other agreements and instruments on behalf of the Company, subject to Bankruptcy Court approval;

**RESOLVED FURTHER**, that each Authorized Officer is hereby authorized and empowered to negotiate, enter into, execute, deliver, certify, file, record, and perform, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, applications, including, without limitation, applications for approvals or rulings of governmental or regulatory authorities, or other documents and to take such other actions, as in the judgment of such Authorized Officer shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case;

**RESOLVED FURTHER**, that the Authorized Officers be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to make arrangements for post-petition financing or use of cash collateral for the Company and its chapter 11 case and to execute any and all documents that, at the discretion of such Authorized Officers, are necessary, convenient, or advisable for consummating such financing;

<u>Retention of Advisors</u>

**RESOLVED FURTHER**, that the law firm of O'Melveny & Myers LLP be and hereby is employed as attorneys for the Company under a general retainer in the Company's chapter 11 case, subject to Bankruptcy Court approval;

**RESOLVED FURTHER**, that the law firm of Richards, Layton & Finger, P.A. be and hereby is employed as attorneys for the Company under a general retainer in the Company's chapter 11 case, subject to Bankruptcy Court approval;

**RESOLVED FURTHER**, that each Authorized Officer is hereby authorized and empowered to employ and retain all assistance by legal counsel, accountants, restructuring advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds the Authorized Officer deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

<u>General Authorization and Ratification</u>

**RESOLVED FURTHER**, that each Authorized Officer is authorized and empowered, consistent with these Resolutions and with the advice of the Company's legal staff: (i) to negotiate, execute, deliver, certify, file, and/or record, and perform, any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Authorized Officer deems appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such Authorized Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Officer may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officer to constitute evidence of such approval; (ii) to negotiate, execute, deliver, certify, file, and/or record, and perform, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings, and applications relating to the Resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Authorized Officer deems appropriate or advisable in connection therewith; and (iii) to do such other things as may be required, or as may in such Authorized Officer's judgment be necessary, proper or desirable, to carry out the intent and effectuate the purposes of the Resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

**RESOLVED FURTHER**, that all actions taken by the Authorized Officers prior to the date of these Resolutions and within the authority conferred, are proved in all respects as the act and deed of the Company.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
CAL DIVE OFFSHORE CONTRACTORS, INC.        :    Case No. 15-_____ (   )
                                           :
                            Debtor.        :    Joint Administration Requested
                                           :
---------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor and certain affiliated entities (collectively, the "**Debtors**")[1] each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The following is a list of creditors holding the 30 largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors' unaudited books and records as of March 3, 2015, and in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (a) persons who come within the definition of "insider" set forth in Bankruptcy Code section 101(31) or (b) secured creditors, unless the value of the collateral securing such claim is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt.  In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the corporate and legal documents shall control.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985).  The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

| Item | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim ($) (if secured also state value of security) |
|---|---|---|---|---|
| 1 | BANK OF NY MELLON TRUST COMPANY, N.A.<br>ONE WALL STREET<br>NEW YORK, NY 10286<br>UNITED STATES<br>CONTACT: ALEJANDRO HOYOS<br>ASSOCIATE CLIENT SERVICE MANAGER<br>PHONE: 713-483-7057<br>FAX: 713-483-6954 | 5.00% Convertible Senior Notes due 2017 | | $   86,250,000 |
| 2 | CASHMAN EQUIPMENT CORP<br>3300 ST. ROSE PARKWAY<br>HENDERSON, NV 89052<br>UNITED STATES<br>CONTACT: JAMES CASHMAN<br>CEO<br>PHONE: 781-535-6222<br>FAX: 781-535-6220 | Trade Debt | | $   1,533,821 |
| 3 | BOLLINGER SHIPYARDS LOCKPORT LLC<br>8365 HWY. 308 SOUTH<br>LOCKPORT, LA 70374<br>UNITED STATES<br>CONTACT: DONALD BOLLINGER<br>CHAIRMAN OF THE BOARD, PRESIDENT & CEO<br>PHONE: 985-532-2554<br>FAX: 985-532-7225 | Trade Debt | | $   1,323,369 |
| 4 | SMITH MARINE TOWING CORP<br>1116 JACKSON ROAD<br>AMELIA, LA 70340<br>UNITED STATES<br>CONTACT: KIRK SMITH<br>PRESIDENT<br>PHONE: 985-631-9420<br>FAX: 985-631-6655 | Trade Debt | | $   1,084,819 |
| 5 | DEEPCOR MARINE, INC.<br>1610 ST ETIENNE ROAD<br>BROUSSARD, LA 70518<br>UNITED STATES<br>CONTACT: STEVEN BRAZDA<br>PRESIDENT & CEO<br>PHONE: 337-451-1500<br>FAX: 337-857-5960 | Trade Debt | | $   957,440 |
| 6 | TSL ADVISERS, LLC<br>888 7TH AVE<br>35TH FLOOR<br>NEW YORK, NY 10106<br>UNITED STATES<br>CONTACT: TOM STEIGLEHNER<br>MANAGING DIRECTOR<br>PHONE: 212-601-4786<br>FAX: 212-601-4701 | Trade Debt | Disputed | $   760,862 |
| 7 | BIBBY OFFSHORE<br>C/O BIBBY SUBSEA ROV LLC<br>2500 CITY WEST BLVD, STE 300<br>HOUSTON, TX 77042<br>UNITED STATES<br>CONTACT: ANDREW DUNCAN<br>PRESIDENT & MANAGING DIRECTOR - BIBBY SUBSEA - USA<br>PHONE: 713-405-1810<br>FAX: 281-450-7041 | Trade Debt | | $   724,089 |

| Item | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim ($) (if secured also state value of security) |
|---|---|---|---|---|
| 8 | C-MAR AMERICA INC.<br>11111 KATY FREEWAY STE 100<br>HOUSTON, TX 77079<br>UNITED STATES<br>CONTACT: IAN SMITH<br>CFO (UNITED KINGDOM)<br>PHONE: 44-1224-352000<br>FAX: 44-1224-583009 | Trade Debt | | $          650,890 |
| 9 | 2500 CITYWEST BLVD., LLC<br>1980 POST OAK BLVD #1600<br>HOUSTON, TX 77042<br>UNITED STATES<br>CONTACT: BRANDY STACY<br>SR. PROPERTY MANAGER<br>PHONE: 713-255-2380<br>FAX: 713-255-2302 | Trade Debt | | $          519,416 |
| 10 | OFFSHORE TOWING INTERNATIONAL, LLC<br>11812 HIGHWAY 308<br>LAROSE, LA 70373<br>UNITED STATES<br>CONTACT: WILEY FALGOUT<br>OWNER / PRESIDENT<br>PHONE: 985-798-7831<br>FAX: 985-798-7835 | Trade Debt | | $          513,773 |
| 11 | SILVER POINT CAPITAL<br>22 W. WASHINGTON ST<br>15TH FLOOR<br>CHICAGO, IL 60602<br>UNITED STATES<br>CONTACT: ANTHONY DINELLO<br>ANALYST<br>PHONE: 203-542-4212<br>FAX: 203-542-4312 | Trade Debt | Disputed | $          491,591 |
| 12 | DOERLE FOOD SERVICES, INC<br>113 KOL DRIVE<br>BROUSSARD, LA 70518-3825<br>UNITED STATES<br>CONTACT: CAROLYN DOERLE SCHUMACHER<br>MANAGING DIRECTOR & CEO<br>PHONE: 337-252-8551<br>FAX: 337-252-8558 | Trade Debt | | $          473,800 |
| 13 | MACTECH OFFSHORE<br>3129 HIGHWAY 90 E.<br>BROUSSARD, LA 70518<br>UNITED STATES<br>CONTACT: JOE WITTENBRAKER<br>PRESIDENT<br>PHONE: 337-839-2793<br>FAX: 337-839-2794 | Trade Debt | | $          471,779 |
| 14 | OCEAN MARINE CONTRACTORS, INC.<br>9084 HWY 182E<br>MORGAN CITY, LA 70380<br>UNITED STATES<br>CONTACT: TOMMIE CHERAMIE<br>OWNER / PRESIDENT<br>PHONE: 985-384-6221<br>FAX: 985-384-6120 | Trade Debt | | $          461,972 |

| Item | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim ($) (if secured also state value of security) |
|---|---|---|---|---|
| 15 | CANYON OFFSHORE, INC.<br>3505 WEST SAM HOUSTON PARKWAY NORTH<br>SUITE 400<br>HOUSTON, TX  77043<br>UNITED STATES<br>CONTACT: DOUGLAS STROUD<br>SR. VP - GLOBAL COMMERCIAL<br>PHONE: 281-618-0472<br>FAX: 281-618-0500 | Trade Debt | | $          442,820 |
| 16 | C & G WELDING, INC.<br>5551 HWY. 311<br>HOUMA, LA  70360<br>UNITED STATES<br>CONTACT: CURTIS CALLAIS<br>PRESIDENT<br>PHONE: 985-851-3400<br>FAX: 985-868-7100 | Trade Debt | | $          434,920 |
| 17 | MCDONOUGH MARINE SERVICE<br>1750 CLEARVIEW PKWY.<br>SUITE 201<br>METAIRIE, LA  70001-2470<br>UNITED STATES<br>CONTACT: PAT STANT<br>PRESIDENT<br>PHONE: 504-780-8100<br>FAX: 504-780-8200 | Trade Debt | | $          399,773 |
| 18 | FUGRO CHANCE INC<br>200 DULLES DRIVE<br>LAFAYETTE, LA  70506<br>UNITED STATES<br>CONTACT: GLYNN RHINEHART<br>PRESIDENT<br>PHONE: 337-268-3134<br>FAX: 337-268-3272 | Trade Debt | | $          372,490 |
| 19 | ENERMECH MECHANICAL SERVICES INC.<br>14000 WEST ROAD<br>WESTLAND BUSINESS PARK<br>HOUSTON, TX  77041<br>UNITED STATES<br>CONTACT: VINCE KOUNS<br>REGIONAL PRESIDENT - AMERICAS<br>PHONE: 281-640-7801<br>FAX: 281-477-7887 | Trade Debt | | $          357,179 |
| 20 | ESSEX CRANE RENTAL CORP<br>PO BOX 828648<br>PHILADELPHIA, PA  19182-8648<br>UNITED STATES<br>CONTACT: HAMID MAHDI<br>PHONE: 847-215-6500<br>FAX: 847-215-6535 | Trade Debt | | $          356,500 |
| 21 | COCHRANE TECHNOLOGIES, INC<br>PO BOX 81276<br>LAFAYETTE, LA  70598-1276<br>UNITED STATES<br>CONTACT: DOUG COCHRANE<br>PRESIDENT<br>PHONE: 337-837-3334<br>FAX: 337-837-7134 | Trade Debt | | $          340,988 |

| Item | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim ($) (if secured also state value of security) |
|------|------|------|------|------|
| 22 | TDW SERVICES INC<br>PO BOX 972118<br>DALLAS, TX  75397-2118<br>UNITED STATES<br>CONTACT: CHEERIE BOUTWELL<br>ADMIN ASSISTANT<br>PHONE: 630-820-2500<br>FAX: 630-820-2699 | Trade Debt | | $           318,817 |
| 23 | KILGORE MARINE SERVICES<br>200 BEAULLIEU DRIVE, BUILDING 8<br>LAFAYETTE, LA  70508<br>UNITED STATES<br>CONTACT: ANDY NAQUIN<br>FOUNDER<br>PHONE: 337-988-5551<br>FAX: 337-988-5559 | Trade Debt | | $           304,296 |
| 24 | GULF COPPER & MFG CORP<br>7200 HWY 87 EAST<br>PORT ARTHUR, TX  77642<br>UNITED STATES<br>CONTACT: TRACEY TRAVIS<br>AR ADMINISTRATOR<br>PHONE: 409-941-6315 | Trade Debt | | $           293,797 |
| 25 | CENTRAL BOAT RENTALS INC<br>1640 RIVER ROAD<br>BERWICK, LA  70342<br>UNITED STATES<br>CONTACT: ED PATTERSON JR.<br>PRESIDENT<br>PHONE: 985-384-8200<br>FAX: 985-384-8455 | Trade Debt | | $           281,255 |
| 26 | BLUE MARLIN SERVICES OF ACADIANA LLC<br>3910 A CAMERON ST<br>LAFAYETTE, LA  70506<br>UNITED STATES<br>CONTACT: CHARLES SONNIER<br>GENERAL MANAGER<br>PHONE: 337-896-2582<br>FAX: 337-896-3588 | Trade Debt | | $           261,607 |
| 27 | BAE SYSTEMS SOUTHEAST SHIPYARDS ALABAMA LLC<br>PO BOX 3202<br>MOBILE, AL  36652-3202<br>UNITED STATES<br>CONTACT: JON LUNDGREN<br>PROGRAM MANAGER<br>PHONE: 251-295-7775 | Trade Debt | | $           256,194 |
| 28 | OCEANEERING INTERNATIONAL, INC<br>11911 FM 529<br>HOUSTON, TX  77041<br>UNITED STATES<br>CONTACT: M. KEVIN MCEVOY<br>PRESIDENT AND CEO<br>PHONE: 713-329-4500<br>FAX: 713-329-4951 | Trade Debt | | $           255,559 |

| Item | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim ($) (if secured also state value of security) |
|---|---|---|---|---|
| 29 | ALLIANCE OFFSHORE LLC<br>11095 HIGHWAY 308<br>LAROSE, LA 70373<br>UNITED STATES<br>CONTACT: KELLY B. STEELE, SR.<br>PRESIDENT<br>PHONE: 985-677-1363<br>FAX: 985-798-5738 | Trade Debt | | $ 254,225 |
| 30 | INTERMOOR, INC<br>DEPT AT 952411<br>ATLANTA, GA 31192-2411<br>UNITED STATES<br>CONTACT: MIKE HARGRAVE<br>MANAGER BUSSINESS DEVELOPMENT<br>PHONE: 832-399-5000<br>FAX: 832-399-5001 | Trade Debt | | $ 246,051 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
                                          :        Case No. 15-_____  (   )
CAL DIVE OFFSHORE CONTRACTORS, INC.       :
                                          :
                          Debtor.         :        Joint Administration Requested
                                          :
----------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Quinn J. Hébert, the undersigned authorized officer of the above-captioned debtor and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"),[2] declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against the Debtors submitted herewith and that such list is true and correct to the best of my knowledge, information, and belief.

Date: March 3, 2015                        By: */s/ Quinn J. Hébert*_____
                                           Name: Quinn J. Hébert
                                           Title: President and Chief Executive Officer

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
In re:                                                        :        Chapter 11
:
CAL DIVE OFFSHORE CONTRACTORS, INC.   :        Case No. 15-_____ (   )
:
                                                Debtor.   :        Joint Administration Requested
:
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owner(s)[1] |
|---|---|---|
| Cal Dive Offshore Contractors, Inc. | Cal Dive International, Inc. | Huber Capital Management LLC |

---

[1] The entity listed below may manage multiple direct or indirect owners who, in the aggregate, own 10% or more of any class of equity interests in the Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                      :
In re:                                                :        Chapter 11
                                                      :
CAL DIVE OFFSHORE CONTRACTORS, INC.                   :        Case No. 15-_____ (   )
                                                      :
                                           Debtor.    :        Joint Administration Requested
                                                      :
---------------------------------------------------------------x

**DECLARATION REGARDING
CORPORATE OWNERSHIP STATEMENT**

I, Quinn J. Hébert, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that such statement is true and correct to the best of my knowledge, information, and belief.


Date: March 3, 2015                          By: */s/ Quinn J. Hébert*_____
                                             Name: Quinn J. Hébert
                                             Title: President and Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:

CAL DIVE OFFSHORE CONTRACTORS, INC.

Debtor.

------------------------------------------------------------x

Chapter 11

Case No. 15-_____ (   )

Joint Administration Requested

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| Cal Dive International, Inc. 2500 CityWest Boulevard Suite 2200 Houston, TX 77042 | Shares of Common Stock | 100 Shares (100%) |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x

In re:

CAL DIVE OFFSHORE CONTRACTORS, INC.

Debtor.

-------------------------------------------------------------x

Chapter 11

Case No. 15-_____ (   )

Joint Administration Requested

**DECLARATION REGARDING LIST OF
EQUITY SECURITY HOLDERS**

      I, Quinn J. Hébert, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that such list is true and correct to the best of my knowledge, information, and belief.

Date:  March 3, 2015

By: */s/ Quinn J. Hébert*_____
Name: Quinn J. Hébert
Title: President and Chief Executive Officer