**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re:                                              : Chapter 11

CAL DIVE INTERNATIONAL, INC.,                       :
                                                    : Case No. 15-10458 (CSS)
                            Debtor.            :

Tax I.D. No. 61-1500501                             :

---------------------------------------------------------------x

In re:                                              : Chapter 11

CAL DIVE OFFSHORE CONTRACTORS, INC.,                :
                                                    : Case No. 15-10459 (CSS)
                            Debtor.            :

Tax I.D. No. 76-0534878                             :

---------------------------------------------------------------x

In re:                                              : Chapter 11

AFFILIATED MARINE CONTRACTORS, INC.,                :
                                                    : Case No. 15-10460 (CSS)
                            Debtor.            :

Tax I.D. No. 73-1628678                             :

---------------------------------------------------------------x

In re:                                              : Chapter 11

FLEET PIPELINE SERVICES, INC.,                      :
                                                    : Case No. 15-10461 (CSS)
                            Debtor.            :

Tax I.D. No. 71-0902104                             :

---------------------------------------------------------------x

```
In re:                                          :    Chapter 11
                                                :
GULF OFFSHORE CONSTRUCTION, INC.,               :
                                                :    Case No. 15-10463 (CSS)
                                                :
                              Debtor.           :
                                                :
Tax I.D. No. 71-0902106                         :
------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
CDI RENEWABLES, LLC,                            :
                                                :    Case No. 15-10462 (CSS)
                              Debtor.           :
                                                :
Tax I.D. No. 45-4894985                         :    Related Docket No. 2
------------------------------------------------x
```

## ORDER DIRECTING JOINT <u>ADMINISTRATION OF CHAPTER 11 CASES</u>

Upon the motion (the "**Motion**")[1] of the Debtors[2] for entry of an order (this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C.

---

[1] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

RLF1 11600681v.2

§§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the First Day Declaration, record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein on a final basis.

2. Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-10458 (CSS).

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAL DIVE INTERNATIONAL, INC., *et al.*, | Case No. 15-10458 (CSS) |
| Debtors. | Jointly Administered |

RLF1 11600681v.2

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Cal Dive International, Inc., Case No. 15-10458 (CSS).

6. A docket entry shall be made in each of the Debtors' cases (except Cal Dive International, Inc.) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Cal Dive International, Inc. (Case No. 15-10458(CSS)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 15-10458 (CSS) should be consulted for all matters affecting this case.

7. The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

8. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

9.    This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated:    March 6, 2015
         Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE